**Order entered January 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00915-CV

### TACMED HOLDINGS, INC. AND LORETTA YOUNG, Appellants

### V.

### REV RECREATION GROUP, INC. F/K/A ALLIED RECREATION GROUP, INC., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02909-2017**

## ORDER

Before the Court is appellants' January 8, 2019 unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 31, 2019.

/s/     BILL WHITEHILL
          JUSTICE